JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBW, LLC, a Mississippi limited liability company, | Case No.: 2:18-cv-07829 CJC (GJSx) |
| Plaintiff, | The Honorable Cormac J. Carney<br>Courtroom 7C |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| MICHAEL J. POLISH, an individual, CATHERINE ANN BOSWORTH p/k/a KATE BOSWORTH, d/b/a MAKE PICTURES PRODUCTIONS, an individual, GIANCARLO RUIZ, an individual, and JESY MCKINNEY, an individual, | COMPLAINT FILED: September 7, 2018<br>TRIAL DATE: March 3, 2020 |
| Defendants. | |

The Court, having read and considered the parties' Joint Stipulation of Dismissal with Prejudice between and among Plaintiff LBW, LLC ("Plaintiff"), Defendants Michael J. Polish ("Polish") and Catherine Ann Bosworth p/k/a Kate Bosworth ("Bosworth"), Defendant and Counterclaimant Jesy McKinney ("McKinney"), Third-Party Defendants Bryan Carpenter and Dawn Carpenter ("Third-Party Defendants") and Defendant and Counterclaimant Giancarlo Ruiz ("Ruiz"), pursuant to the parties' respective settlement agreements,

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice, with each party to bear their own costs, expenses, and attorneys' fees; *and*

**IT IS HEREBY ORDERED** that this Court shall retain jurisdiction for the purposes of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

May 31, 2019
DATED

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE